TOWN OF BLOOMFIELD *v.* ANTHONY NIGRO

The plaintiff's motion to dismiss the appeal from the Superior Court in Hartford County is granted by the court.

*Leo Rosen,* for the appellee (plaintiff).
*John Petroski,* for the appellant (defendant).

Argued March 7—decided March 7, 1978

PERMANENT SAVINGS AND LOAN ASSOCIATION *v.* DIVERSIFIED CONSTRUCTION, INC.

The plaintiff's motion to dismiss the appeal from the Superior Court in Middlesex County is denied by the court.

*Wayne W. Sargent,* for the appellee (plaintiff).
*Donald S. Baillie,* for the appellant (defendant Lyon & Billard Company).

Argued March 7—decided March 7, 1978

HYMEN NAMEROW *v.* REALE CONSTRUCTION COMPANY, INC., ET AL.

The plaintiff's motion to dismiss the appeal from the Superior Court in Hartford County is granted by the court.

*Brandon J. Hickey,* for the appellee (plaintiff).
*Anthony I. Monterosso,* for the appellant (named defendant).

Argued March 7—decided March 7, 1978